Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Palm Beach Division

LEE MITCHELL JOHNSON

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SGT. Alfred
Deputy N. Ojeda
Deputy Osbourne

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

FILED BY MEE D.C.

OCT 22 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: LEE MITCHELL JOHNSON
   All other names by which you have been known: 
   ID Number: 03842240
   Current Institution: PALM BEACH COUNTY JAIL
   Address: P.O. Box 24716
   West Palm Beach, FL 33416
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: SGT ALFRED
   Job or Title (if known): SGT, CORRECTIONS DEPUTY
   Shield Number: UNKNOW
   Employer: PALM BEACH COUNTY SHERIFFS OFFICE
   Address: 3228 GUN CLUB Road
   West Palm Beach, FL 33401
   City / State / Zip Code
   [✓] Individual capacity  [ ] Official capacity

   Defendant No. 2
   Name: N. OJeda
   Job or Title (if known): CORRECTIONS DEPUTY
   Shield Number: UNKNOW
   Employer: PALM BEACH COUNTY Sheriffs Office
   Address: 3228 GUN CLUB Road
   West Palm Beach, FL 33401
   City / State / Zip Code
   [✓] Individual capacity  [ ] Official capacity

Defendant No. 3
- Name: Deputy Osbourne
- Job or Title (if known): Corrections Deputy
- Shield Number: Unknowen
- Employer: Palm Beach County Sheriffs office
- Address: 3228 Gun Club Road
  West Palm Beach, FL 33401
  City / State / Zip Code

☒ Individual capacity   ☐ Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Shield Number:
- Employer:
- Address: N/A
  City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Attached Page

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attached from page 3
Section II, B

Constitutional rights I claim was violated
By state or local officials

1. SGT Alfred ordered Deputy Ojeda to Beat my white ass and made threats to further have me beaten if I did not stop writing grievances and drop pending civil lawsuits, Thus violating my 8th and 14th Amendment Constitutional rights.

2. Deputy Ojeda slammed me on the floor, hit me in the head slammed me into the wall, while making threats to kill me if I did not drop pending lawsuits against P.B.S.O., Thus violating my 8th and 14th Amendment Constitutional rights.

3. Deputy Osbourne stood at my cell door blocking the cameras watching Deputy Ojeda beat me and made no attempt to intervene, Thus violating my 8th and 14th Amendment Constitutional rights.

4. SGT Alfred stood at my cell door blocking the cameras watching Deputy Ojeda beat me and made no attempt to intervene. Thus violating my 8th and 14th Amendment Constitutional rights.

_____N/A_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Each Defendant Acted Under Color of County And State Law Because each Defendant was employed with The Palm Beach County Sheriffs office when The Incident occured in This Complaint

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____N/A_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. While in The Palm Beach County Jails Main Detention Center on Dorm south-b-Delta in cell 6-D-13

C. What date and approximate time did the events giving rise to your claim(s) occur?

This incident occurd on October 2nd 2020 Between 11:30 - 11:45 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see Attached pages 1 through 4 of statement of facts

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see Attached pages 1 through 2

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $150,000 in punitive damages against Deputy Ojeda

I am seeking $100,000 in punitive damages against Sgt Alfred

I am seeking $100,000 in punitive damages against Deputy Osbourne

STATEMENT OF FACTS That Occured On October 2nd 2020 from Page 5 Section D

### October 2nd 2020

While I was housed on South-G-Delta on Protective Custody in cell 6D-13. I was complaining to Deputy N. Ojeda about why he was ignoring my request to use the hair clippers and after being ignored for over 2 hours I became fusterated and kicked my cell door twice in a attempt to gain the Deputys Attention. At This Point SGT Alfred who just came In To The Dorm Came To my cell door with Deputy Ojeda and Stated To Deputy Ojeda " Johnson here likes writing Grievances And filed a Lawsuit on A Deputy so lets put him on Q-15 (suicide watch) Till he learn This our house, we'll Do what we want, That his rights are, he has No rights"
SGT Alfred Then ordered Deputy Ojeda "Go in There And Beat his White Ass, Teach him who house This is." Deputy Ojeda Then opened The Access flap for me to put my hands Through To Be handcuffed To Be Taken To mental health But even Though I complied with Deputy Ojeda orders To " cuff up" SGT Alfred said "No Don't cuff him, Go in There Beat his lil White Ass, we'll stand here And Block The cameras," I'm sick of his shit Always writing Grievances

Page 1 of 4

Deputy Ojeda Then opens my cell Door And comes in To my cell, I put my hands up open handed palms out in Surrender And "Said listen I Don't want Any problems Please Don't Do This!" Deputy Ojeda stated you like writing Deputys up And grabs me By The Back of my Neck And Slams me face first on The floor Then hits me in The Back of The head Very hard, he Then grabs my right wrist And forces my hand up Very high Behind my Back causing Great Pain in my arm And Shoulder. Deputy Ojeda Then puts The hand cuffs on me So Tight That They cut in To my wrists After hand cuffing me he pulls me up off The floor By The hand cuffs Very forcefully And Slams me in To The wall Stating " Stop writing up Deputys or I'll Just Kill your lil Ass, we sick of your shit, It's easy To Kill you And write A report, you can't win, Shit if I Kill you, I'll Get promoted. So Drop This lAwsuit shit or your Dead, Deputy Ojeda was referring To Two pending lawsuits I have Against P.B.S.O.) Deputy Ojeda Then picks of my Glasses off my Bunk Puts Them on me And States." we Gonna Walk out like Nothing happened. If you Try To write me up Your A Dead man, This my house, hear me? I can come in here Any Time And end your life "

Page 2 of 9

SGT. ALfred ANd DePUTY OSBourNe Stood at mY cell Door BLOCKING The CamerAS SGT. ALfred Stated "So JohNSON Do we have a UNDerstanding? Drop The LAWSuits And stop writing GrievANces oN my DePutys or Next Time we come IN There your GOING To out side medical, I'm Not PlAYiNg with your ASS, ONe more GrievANce, Your Dead!

SGT. ALfred And Deputy OSBourNe made No ATTemp To INTerveNe ANd STop DePUTY OJedA from USING The excessive force AGAINST me eveN Though They stood at my cell Door Less TheN A foot AWAY from my self ANd Deputy OJeda During This INcideNT WATChING Deputy OJedA Beat me

AT No Time Did I resist The force APPlied BY Deputy OJedA, IN fACT I eveN complied with Deputy OJedA order To "CUff UP" But I wAS Still SubJected To The use of excessive force AT The hANds of Deputy OJedA uNder The orDers of SGT. ALfred while SGT. ALfred ANd Deputy OSBourNe watched at my cell Door

STATEMENT OF FACTS That occured
ON October 8th 2020      Second INCidenT

Then ON OCToBer 8th approx 7:50 AM upon COMINg ON ShifT Deputy N. OJedA Stated To me "hey JohNsoN So you wrote A GRIRVANCE ON Me After I Told you What would happen if you Did, So KNOW your A Dead MAN, ya hear me?"

Also on october 8th At 8:20 Am SGT ALfred CAMe To my Cell Door (6-D-13, And stated "we're GoNNA Come IN There Beat your Ass, TAKe your legAl work And seNd your Ass To outside medical. I WarNed your ASS"

Also on october 8th Approx 12:15 p.m Deputy N. OJedA WAs servINg LuNch (PAssiNg out TRAys) when Deputy OJedA Got To my cell he stAted "oh your Not GettINg A TRAY I Told you Not To fuck with me, so stArve Bitch" Deputy OJedA Did Not feed me LuNch oN october 8th 2020

These EVeNTS occured oN October 8th 2020

page 4 of 4.

# INJURYS

Attached from PAGE 5
Section V

My right shoulder was injured when Deputy Ojeda pushed my arm too high behind my back and is in great pain. My head was injured by Deputy Ojeda by being slammed on the floor and into the wall causing headaches dizziness and vision problems I have also sustained psychogical injurys due to Deputy Ojedas actions as well as Deputy Ojeda and SGT Alfreds threats to kill me I am having night mares when I can sleep, am in constant fear of being beaten or killed because them being deputys and having the power to carry out their threats with no one to stop them or protect me from them every time I am taken out my cell I am in fear that this will be the day I am killed by these deputys

I did not receive any medical attention or treatment until October 9th 2020 due to me putting in a sick call because Deputy Ojeda and SGT Alfred would not take me to medical the day of the incident

Page 1 of 2

The only medical treatment I was given on October 9th 2020 was some medication for pain And The Docter ordered A xray of my right Sholder

I was Taken for A xray of Right Shoulder on October 12 2020

Also I Did Not Receive And Am Not Receiving Any Type of Psychogical or Mental health Treatment for The Psychogical effects of This Incident

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Palm Beach County Jail, Main Detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Excessive force / Threats of violence by staff

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes     N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

PALM Beach Count Jail

2. What did you claim in your grievance?

That SGT Alfred ordered Deputy Ojeda to Beat Me up
That Deputy Ojeda Used excessive force
That SGT Alfred And Deputy Ojeda Threatened To Kill Me

3. What was the result, if any?

As Always Due To P.B.S.O Always Attempts To cover up Deputys Action The Grievance was found Not Valid

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Same As Above

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☐ No       N/A

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

See Attached Page

1. Parties to the previous lawsuit
   Plaintiff(s)  Lee mitchell Johnson
   Defendant(s) Deputy E. Williams, Deputy P. Tyson

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District of Florida, Palm Beach Division

3. Docket or index number
   20-80709-CV-RUIZ

4. Name of Judge assigned to your case
   Magistrate Judge REID

5. Approximate date of filing lawsuit
   July 24th 2020

6. Is the case still pending?
   ☑ Yes
   ☐ No
   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

ATTAched from PAGe 10
Section D

Parties To The Previous Lawsuit
Plaintiffs   Lee Mitchell Johnson
Defendants   Deputy Lindor

Court. Southern District of Florida. Palm Beach Division
Docket or Index. Number  20-81032-CV-Middlebrooks
Name of Judge. Magistrate Judge REID And Judge MiddleBrooks
Date of filing of Lawsuit. July 24th 2020
Is The Case still Pending? Yes

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 18, 2020

Signature of Plaintiff: Lee Mitchell Johnson
Printed Name of Plaintiff: Lee Mitchell Johnson
Prison Identification #: 0384240
Prison Address: Palm Beach County Jail
West Palm Beach, Fl 33416
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____