# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEE MITCHELL JOHNSON, | 20-81961-CV-COOKE (#1) |
| DEFENDANT | TYPE OF PROCESS |
| SGT. ALFRED et al. | SUMMONS & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deputy Ojeda, Nelson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Palm Beach County Sheriff's Office 3228 Gun Club Rd West Palm Beach, FL 33406

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lee Mitchell Johnson, Pro Se, Inmate#0384240
West Detention Center
Inmate Mail/Parcels P.O. Box 1450
Belle Glade, FL 33430

mailed 12/7/2020

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 3
- Check for service on U.S.A.: 0

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (561) 655-1827
DATE: 11/30/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: C04
District to Serve No.: C04
Signature of Authorized USMS Deputy or Clerk
Date: 11/30/2020

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Julia Bembry (#26701) Court Liaison/Court Services
Date: 12/7/2020  Time: 1000 ☒ am
Address: 205 N. Dixie Hwy, WPB, FL 33401
Signature of U.S. Marshal or Deputy: Chaves #2729

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $25.38 | 0 | $155.38 | 0 | $155.38 |

**REMARKS**
12/7/2020 - At approximately, 1000 hrs, I served Julia Bembry (#26701) who is designated by law to accept services of process on behalf of, Deputy N. Ojeda.

FILED BY ___ D.C.
DEC 08 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-81961-CV-COOKE (#1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy Ojeda
was received by me on *(date)* 12/2/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Julia Bembry (Court Liaison) , who is
designated by law to accept service of process on behalf of *(name of organization)*
Deputy Ojeda, Nelson on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ $25.38 for travel and $ $130.00 for services, for a total of $ 0.00
$155.38

I declare under penalty of perjury that this information is true.

Date: 12/7/2020

_____
Server's signature

M. Chaves, DUSM
Printed name and title

7~ Clematis Street
Room - 215
West Palm Beach, FL 33401
Server's address

Additional information regarding attempted service, etc: