# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEE MITCHELL JOHNSON, | 20-81961-CV-COOKE (#2) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SGT. ALFRED et al. | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sergeant Alfred Kowana
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Palm Beach County Sheriff's Office 3228 Gun Club Rd West Palm Beach, FL 33406

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lee Mitchell Johnson, Pro Se, Inmate #0384240
West Detention Center
Inmate Mail/Parcels P.O. Box 1450
Belle Glade, FL 33430

mailed 12/7/2020

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.: 0

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (561) 655-1827
DATE: 11/30/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No.: 04
District to Serve No.: 04
Signature of Authorized USMS Deputy or Clerk
Date: 11/30/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Julia Bembry (#26701) Court Liaison/Court Services
Date: 12/7/2020
Time: 1000 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: Chaves #2729

Address *(complete only different than shown above)*

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS
12/7/2020 - At approximately, 1000 hrs, I served Julia Bembry (#26701), who is designated by law to accept services of process on behalf of, Sgt. A. Kowana. (mc)

FILED BY MC D.C.
DEC 08 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. FLA. - W.P.B.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-81961-CV-COOKE (#2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sergeant Alfred

was received by me on *(date)* 12/2/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Julia Bembry (Court Liaison) , who is designated by law to accept service of process on behalf of *(name of organization)* Sgt. K. Alfred on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/7/2020

*Server's signature*

DUSM M. Chaves
*Printed name and title*

7__ Clematis Street
Room - 215
West Palm Beach, FL 33401
*Server's address*

Additional information regarding attempted service, etc: