UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-81961-Civ-COOKE

LEE MITCHELL JOHNSON,

    Plaintiff,

vs.

SGT. ALFRED et al.,

    Defendants.

_____/

## SECOND AMENDED ORDER

Upon careful review of the Complaint and the applicable authorities, it is **ORDERED and ADJUDGED** that the case **SHALL PROCEED** on only the following claims: (1) Fourteenth Amendment (excessive force) against Sergeant Alfred and Deputy Ojeda;[1] (2) Fourteenth Amendment (failure to intervene) against Sergeant Alfred; (3) Fourteenth Amendment (deliberate indifference to medical needs) against Sergeant Alfred and Deputy Ojeda; and (4) First Amendment (retaliation) against Sergeant Alfred and Deputy Ojeda.[2][3]

**DONE and ORDERED** in chambers, at Miami, Florida, this 12th day of March 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:

---

[1] The excessive force claim against Sgt. Alfred shall proceed under a conspiracy theory.
[2] The Court's initial screening order (ECF No. 8) inadvertently stated that claims (1) – (3) arose under the Fifth Amendment. However, the Court intended to write that the claims arose under the Fourteenth Amendment.
[3] The Court's amended screening order (ECF No. 42) inadvertently stated that the case would proceed on a failure-to-intervene claim against Deputy Osbourne even though the Court had dismissed him from the case. (ECF No. 30).

*Lee Mitchell Johnson*, pro se